ROOSEVELT HOSPITAL v. NEW YORK EL. R. CO. et al.

(Supreme Court, General Term, First Department. December 16, 1892.)

Appeal from special term, New York county.
Action by the Roosevelt Hospital against the New York Elevated Railroad Company and the Manhattan Railway Company to restrain defendants from operating their road in front of plaintiff's premises on Pearl street, in New York city,

until damages to said premises, resulting from such road, have been paid. From the judgment granting the injunction, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and BARRETT, JJ.

Davies & Rapallo, (Julien T. Davies and Samuel B. Rogers, of counsel,) for appellants.

Burrill, Zabriskie & Burrill, (G. Zabriskie, of counsel,) for respondent.

O'BRIEN, J. The questions presented upon this appeal are similar to those disposed of in the action between the same parties submitted herewith, (21 N. Y. Supp. 205,) and the disposition therein made is controlling here.

Judgment affirmed, with costs. All concur.